UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-16353 |
| | ) | |
| DUANNE M. COUSINS | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: Pat E. Morgenstern-Clarren |

**MOTION OF TRUSTEE FOR TURNOVER OF FUNDS**

Richard A. Baumgart, Trustee herein, respectfully moves this Court for an Order directing the Debtor to turnover to the bankruptcy estate the sum of $5,682.49 representing the non-exempt portion of a bonus from his employer, and in support thereof states as follows:

1. This bankruptcy case was commenced by the filing of a Voluntary Petition for Relief under Chapter 7 on August 30, 2012 (the "Petition Date").

2. At the time of the commencement of this bankruptcy case, the Debtor, Duanne M. Cousins, was expecting a bonus from his employer.

3. The Debtor received the bonus on December 14, 2012, in the net amount of $10,741.43.

4. The prorated amount of the bonus due and payable to the bankruptcy estate was $7,131.24.

5. The Debtor is entitled to or has claimed exemptions in the amount of $1,448.75, which makes the total non-exempt portion due and payable to the bankruptcy estate $5,682.49.

6. To date, the Debtor has not remitted that amount to the estate.

WHEREFORE, your Trustee prays for an Order directing the Debtor to turnover the sum of $5,682.49 to the bankruptcy estate.

/s/ Patrick A. Hruby
Patrick A. Hruby (#0085107)
DETTELBACH, SICHERMAN & BAUMGART
1801 East Ninth Street, Suite 1100
Cleveland, OH 44114-3169
Phone: 216-696-6000    Fax: 216-696-3338
Email: phruby@dsb-law.com
**Attorney for the Trustee**

## CERTIFICATE OF SERVICE

I certify that on April 3, 2013, a true and correct copy of the foregoing Motion for Turnover was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Steve Emery, on behalf of the Debtor, at semery@ohiolegalclinic.com
    United States Trustee, at (registered address@doj.gov)

And by regular U. S. Mail, postage prepaid on:

    Duanne M. Cousins
    12402 Oakfield Avenue
    Cleveland, OH 44105

    /s/ Patrick A. Hruby
    Patrick A. Hruby (#0085107)
    DETTELBACH, SICHERMAN & BAUMGART
    1801 East Ninth Street, Suite 1100
    Cleveland, OH 44114-3169
    Phone: 216-696-6000
    Fax: 216-696-3338
    Email: phruby@dsb-law.com

F:\WPWIN\TEE\RAB\Cousins\Motion for Turnover.wpd